JAMES CHAFFEE, *Respondent, v.* FRANCES M. SWAN, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

SARAH A. BEECHER, *Plaintiff, v.* HOSEA DUELL, *Executor, etc., Defendant.* — Order affirmed, with ten dollars costs and disbursements. Mem. by LEARNED, P. J.

PAMELIA TURNER, *Plaintiff, v.* CANAL RAILROAD COMPANY, *Defendant.* — Motion denied, with ten dollars costs.

HELIO TREMBLY, *as Administrator, etc., Appellant, v.* GOUVERNEUR PULP COMPANY, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Mem. by LANDON, J.

ABRAM L. SCUDDER, *Appellant, v.* ALMON T. BURROWS, *Respondent.* — Order affirmed, with the dollars costs and disbursements. Mem. by LANDON, J.

PAUL CUSHMAN, *as Trustee, etc., Respondent, v.* CHARLES E. KNOWLTON, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.

FRANK P. SHEAN, *Respondent, v.* HEMAN P. MATTHEWS, *Appellant.* — Order reversed, with ten dollars costs and disbursements, and motion denied with ten dollars costs. Mem. by LEARNED, P. J.

JAMES A. TURNER, *Appellant, v.* EDWARD C. JAMES, *Respondent.* — Order reversed, with ten dollars costs and disbursements, and motion denied with ten dollars cost. Mem. by LANDON, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error, v.* HENRY MOETT, *Plaintiff in Error.* — Order affirmed. Mem. by LEARNED, P. J.

GEORGE WORTHINGTON, *Respondent, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Appellant.* — Award and judgment affirmed, with costs on authority of *Donalds* v. *People* (4th department).

ANDREW KEHN, *Appellant, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Respondent.* — Award affirmed, without costs, according to memorandum of BOARDMAN, J. Order to be settled by BOARDMAN, J.

BERNARD GRIMES, *Appellant, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Respondent.* — Same as last case.

ADELAIDE B. LAMPMAN, *Respondent, v.* JAMES ADAMS, *Appellant.* — Judgment affirmed, with costs. Mem. by LANDON, J.; LEARNED, P. J., not acting.

JOHN E. TWOGOOD, *Plaintiff, v.* JAMES K. P. PINE, *Administrator, etc., Defendant.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

WASHINGTON AKIN, *Respondent, v.* EUGENE HYATT and BRADLEY FISH, *as Executors, etc., Appellants.* — Judgment reversed, new trial granted, costs to abide event; referee discharged. Mem. by BOARDMAN, J.